An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT BRYANT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUG SMITH, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63145

**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order granting a motion to admit prior bad act evidence in a death penalty prosecution. We have considered the petition and the documents submitted, and we are not satisfied that this court's intervention by way of extraordinary relief is warranted because petitioner has an adequate remedy at law to challenge the district court's evidentiary ruling by way of an appeal should he be convicted. *See* NRS 34.170; *Williams v. Eighth Judicial Dist. Court*, 127 Nev. ___, ___, 262 P.3d 360, 365 (2011) (observing that "generally this court will not consider

writ petitions challenging evidentiary rulings, as those rulings are discretionary" and defendant may appeal if convicted). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                                            Cherry


cc:    Hon. Doug Smith, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk